# IN THE SUPREME COURT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:  APPOINTMENT OF ADMINISTRATIVE JUDGE OF THE FAMILY DIVISION OF THE COURT OF COMMON PLEAS OF ALLEGHENY COUNTY, FIFTH JUDICIAL DISTRICT | :  No.  380<br>:<br>:  JUDICIAL CLASSIFICATION DOCKET<br>:<br>: |

## ORDER

**PER CURIAM**

**AND NOW,** this 25th day of July 2023, pursuant to Pa.R.J.A. No. 706(d), The Honorable Kathryn Hens-Greco is designated Administrative Judge of the Family Division of the Court of Common Pleas of Allegheny County, Fifth Judicial District of Pennsylvania. Such appointment shall be at the pleasure of the Supreme Court until such time as this Court by subsequent order appoints a new Administrative Judge.